UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALAN C. HOFFENDEN,

    Plaintiff,

v.   Case No. 3:25cv2480-LC-HTC

J. BOOTH, et al.,

    Defendants.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 22, 2026 (ECF No. 11), recommending that this case be dismissed without prejudice. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

    1.   The magistrate judge's Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this order.

    2.   This case is DISMISSED WITHOUT PREJUDICE under the Court's inherent power for Hoffenden's failure to truthfully disclose his litigation history

and failure to follow orders of the Court.

3.  The clerk shall close the file.

**DONE AND ORDERED** this 23rd day of February, 2026.

        *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv2480-LC-HTC